IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MACK MCKINNEY DORSEY,            )<br>     ID # 720878,                           )<br>          Petitioner,                        )<br>vs.                                                 )<br>                                                     )<br>LORIE DAVIS, Director,                )<br>Texas Department of Criminal     )<br>Justice, Correctional Institutions Division, )<br>          Respondent.                      ) | No. 3:17-CV-409-N (BH)<br><br>Referred to U.S. Magistrate Judge |

# ORDER

Pursuant to *Special Order No. 3-251*, this habeas case has been referred for findings, conclusions and recommendation. On March 27, 2017, it was recommended that this action be dismissed for failure to prosecute or follow court orders because the petitioner had failed to pay the applicable filing fee within 30 days, as ordered on February 15, 2017. (*See* docs. 5, 7.) On March 31, 2017, *Petitioner's Motion for an Extension of Time to Pay Filing Fee* was received. (*See* doc. 8.) Because the petitioner requested an extension of time to pay the filing fee, the March 27, 2017 findings, conclusions, and recommendation are hereby **VACATED**. The motion for an extension of time **GRANTED**, and the petitioner's deadline for paying the filing fee is extended until 30 days from the date of this order.

**SIGNED** this 3rd day of April, 2017.

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE